IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICARDO VALDOVINOS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV487 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

  IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Joseph F. Bataillon.

  DATED this 24th day of October, 2005.

        BY THE COURT:


        s/ Joseph F. Bataillon
        JOSEPH F. BATAILLON
        UNITED STATES DISTRICT JUDGE